Mansfield Owners, Inc., Appellant, 
against
Anne Phillip and KIANA BRIDGEMAN, Respondents, -and- NICCI also Known as NICOLE GOLDSON also Known as NICOLE GOLDEN, Undertenant.



Appeal from a final judgment of the Civil Court of the City of New York, Kings County (Jean T. Schneider, J.), entered December 9, 2014. The final judgment, after a nonjury trial, dismissed the petition in a holdover summary proceeding.




ORDERED that the final judgment is affirmed, without costs.
In this illegal-sublet holdover proceeding, we agree with the Civil Court's determination that the parties' extensive settlement negotiations, including the acceptance by landlord of a sublet application and cashier's checks tendered by tenants, served to extend the cure period through the commencement of the proceeding (see Zuckerman v 33072 Owners Corp., 97 AD2d 736 [1983]). As it was landlord's burden to prove that tenants had failed to cure the alleged lease violation within the cure period as extended (Hudson Assoc. v Benoit, 226 AD2d 196 [1996]), and as landlord failed to meet this burden, the final judgment is affirmed.
Pesce, P.J., Weston and Aliotta, JJ., concur.
Decision Date: February 05, 2016